# United States District Court
## Violation Notice

**CVB Location Code:** SA51

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBKQ002L | BROOKS | 2387 |

FBKQ002L

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense |
|---|---|
| 10/30/2020  18:12 | FED  36CFR  26110E |

**Place of Offense:** PAYNE LAKE CAMPSITE 18

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
ABANDONED PERSONAL PROPERTY

### DEFENDANT INFORMATION

**Phone:** ( 205 ) 5009901

| Last Name | First Name | M.I. |
|---|---|---|
| GRAY | ALICIA | M |

**Street Address:** 1636 COUNTY ROAD 368

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SECTION | AL | 35771 | 07/10/1979 |

| Drivers License No. | CDL ☐ | D.L. | Social Security No. |
|---|---|---|---|
| 8417921 | | AL | |

☒ Adult ☐ Juvenile  Sex ☐ M ☒ F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|
| WHITE | BR | BR | 5' 8" | 150 |

**VEHICLE**  VIN  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | Description |
|---|---|---|
| | $150.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $180.00 | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

Case 2:21-po-00010-M   Document 2-1   Filed 02/01/21   Page 2 of 2   PageID #: 6

FBKQ002L

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 30, 2020 while exercising my duties as a law officer in the Southern District of AL

Pursuant to 16USC 551: On October 30th, 2020 I received a call from a district employee about someone abandoning their property in the Payne Lake Recreational area at Campsite 18 over an extended period of time. After arriving to the site, I observed several bags, a tent with more equipment, and more. The campground host provided me with information that the property was left unoccupied for several days. After taking pictures of the scene, I investigated further to see if there was anything left that can be tied to a specific person. After investigating, I took the equipment to a safe space until the investigation was complete. Upon further investigation, I noticed there were some documents and pictures linking to a specific individual, ALICIA GRAY. ALICIA GRAY was then contacted and it was confirmed that the property was abandoned by GRAY according to GRAY.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   October 30, 2020
           Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on:
           Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident